UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN CAMPOS, | No. 2:23-cv-1308 CKD P |
| Petitioner, | |
| v. | ORDER |
| THE PEOPLE, | |
| Respondent. | |

Petitioner has filed a second amended petition for a writ of habeas corpus. Petitioner was not granted leave to file a second amended petition, nor has petitioner submitted a motion for leave to do so. Nonetheless, the court has reviewed the second amended petition and finds there is not good cause for granting leave to amend. Accordingly, IT IS HEREBY ORDERED that the second amended petition (ECF No. 9) is stricken.

Dated: September 26, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
camp1308.2ap

1