UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ESTEBAN CAMPOS, | No. 2:23-cv-1308 KJM CKD P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| THE PEOPLE, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 30, 2023, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition or a statement of non-opposition to respondent's pending motion to dismiss within thirty days. Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: January 8, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
camp1308.146