UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esteban Campos,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>Edward Borla,<br><br>　　　　　　Defendant. | No. 2:23-cv-01308-KJM-CKD<br><br>ORDER |

The court previously dismissed petitioner Esteban Campos's petition for a writ of habeas corpus for failure to exhaust. *See* Findings & Recommendations, ECF No. 20, *adopted in full*, ECF No. 21. Petitioner did not file objections to the findings and recommendations before the deadline. After judgment was entered, he filed objections. ECF No. 23. Petitioner does not explain or justify his delay. The court construes his objections as a request for reconsideration under Federal Rule of Civil Procedure 59(e). *See* Rule 12 of the Rules Governing Section 2254 Cases ("The Federal Rules of Civil Procedure, to the extent they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these Rules."); *Am. Ironworks & Erectors, Inc. v. N. Am. Constr. Corp.*, 248 F.3d 892, 898–99 (9th Cir. 2001) (a motion for reconsideration is construed as a Rule 59(e) motion if filed by the deadline within that rule and otherwise is construed as a Rule 60(b) motion).

1    Petitioner's filing identifies no errors of fact or law in the Magistrate Judge's Findings and
2 Recommendations or in this court's order; nor does it identify changes in the law or evidence or
3 other unusual circumstances justifying relief. *See 389 Orange St. Partners v. Arnold*, 179 F.3d
4 656, 665 (9th Cir. 1999) ("Under Rule 59(e), a motion for reconsideration should not be granted,
5 absent highly unusual circumstances, unless the district court is presented with newly discovered
6 evidence, committed clear error, or if there is an intervening change in the controlling law.").
7 Petitioner's disagreement with the policy behind the relevant law does not warrant a second look
8 at this case.

9    The court construes the objections at ECF No. 23 as a request to reconsider and **denies**
10 that request.

11    IT IS SO ORDERED.

12   DATED: July 16, 2024.

13

CHIEF UNITED STATES DISTRICT JUDGE