UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esteban Campos,<br><br>                    Petitioner,<br><br>     v.<br><br>Edward Borla,<br><br>                    Defendant. | No. 2:23-cv-01308-KJM-CKD<br><br>ORDER |

The objections at ECF No. 25 are construed as a request to reconsider the court's June 20, 2024 order (ECF No. 21) adopting the Magistrate Judge's findings and recommendations (ECF No. 20) and are **denied** for the reasons in the court's July 17, 2024 order (ECF No. 24).

IT IS SO ORDERED.

DATED: August 21, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1